UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GHEBREYESUS et al

        Plaintiff(s),

  vs.

FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA et al

        Defendant(s).

Case #2:22-cv-01717-RFB-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Hwan Kim_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Sheppard Mullin Richter & Hampton LLP_____
(firm name)

with offices at _____2099 Pennsylvania Avenue, NW, Suite 100_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20006_____,
(city)                                      (state)                                 (zip code)

_____(202) 747-1900_____, _____hkim@sheppardmullin.com_____.
(area code + telephone number)          (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Fremichael Ghebreyesus and Simret Zerai Yohannes_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ____August 2, 1999____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ____District of Columbia____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S. District Court for the District of DC | July 7, 2003 | 463623 |
| U.S. District Court for the District of Colorado | April 27, 2022 | N/A |
| U.S. Court of Appeals for the DC Circuit | July 7, 2003 | 463623 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Bar of DC.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

/s/ Hwan Kim
_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF      N/A              )

_____Hwan Kim_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

/s/ Hwan Kim
_____
Petitioner's signature

Subscribed and sworn to before me this

25th day of October, 2022.

Ladora Denise Barnes
_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jeffrey Silvestri_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____McDonald Carano LLP, 2300 West Sahara Avenue, Suite 1200_____,
(street address)

___Las Vegas___, ___Nevada___, ___89102___,
(city)         (state)        (zip code)

___702-257-4521___, ___jsilvestri@mcdonaldcarano.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jeffrey Silvestri_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Michael_____
(party's signature)

Fremichael Ghebreyesus, Plaintiff
(type or print party name, title)

_____/s/_____
(party's signature)

Simret Zerai Yohannes, Plaintiff
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Jeffrey Silvestri_____
Designated Resident Nevada Counsel's signature

5779                                jsilvestri@mcdonaldcarano.com
Bar number                          Email address

APPROVED:

DATED this 26th day of October, 2022.

_____/s/_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2022, a copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL (HWAN KIM)** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon and was also served via email and by depositing a copy in the U.S. Mail, postage prepaid, upon the parties and at the address listed below:

Samuel C. Moore
526 King Street, Suite 506
Alexandria, VA 22314
scmoore@scmoorelaw.com

Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
dd@demissiechurch.com

Alexandra H. Deal
PAIK BREWINGTON & DEAL LLP
6 Beacon Street, Suite 305
Boston, MA 02108
adeal@pdblaw.com

*Attorneys for Defendants the Federal Democratic Republic of Ethiopia; the Ministry of Foreign Affairs of Ethiopia; the City of Addis Ababa; the Sub-City of Bole, Addis Ababa; and the Federal First Instance Court of Ethiopia*

Russell A. Bikoff
1620 L Street, NW, Suite 610
Washington, DC 20036
rab@bikofflaw.com

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz LLP
P.O. Box 57333
Washington, DC 20037
jp@szymkowicz.com
john@szymkowicz.com

*Attorneys for Defendant Brook Bekele*

/s/ *CaraMia Gerard*
An Employee of McDonald Carano

## INDEX OF EXHIBITS

| Description | Exhibit No. | Bates No. |
|---|---|---|
| Certificate of Good Standing | 1 | 001 |

# EXHIBIT 1

**Certificate of Good Standing**

# EXHIBIT 1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Hwan Kim

*was duly qualified and admitted on August 2, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 11, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

001