1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GHEBREYESUS et al.

          Plaintiff(s),

    vs.

FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA et al.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:22-cv-01717-RFB-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Neil A.F. Popović        , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Sheppard Mullin Richter & Hampton LLP
        (firm name)

with offices at         Four Embarcadero Center, 17th Floor        ,
        (street address)

    San Francisco    ,    California    ,    94111    ,
    (city)    (state)    (zip code)

    415-774-3156    ,    npopovic@sheppardmullin.com    .
    (area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    Fremichael Ghebreyesus and Simret Zerai Yohannes    to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.	That since _____12/14/1987_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.	That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 07/27/2009 | 272623 |
| U.S. Court of Appeals for the Ninth Circuit | 11/18/1988 | 132403 |
| U.S. District Court for the N. District California | 11/23/1988 | 132403 |
| U.S. District Court for the E. District California | 11/28/1988 | 132403 |
| U.S. District Court for the C. District California | 12/14/1987 | 132403 |
| U.S. District Court for the S. District California | 01/02/2013 | 132403 |
| | | |

5.	That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| None. |
| --- |

7.      That Petitioner is a member of good standing in the following Bar Associations.

| State Bar of California. |
| --- |

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                        _____
                                                                              Petitioner's signature

     STATE OF _____California_____    )
5                                     )
     COUNTY OF ___San Francisco___    )
6

7        ____Neil A.F. Popović____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                        _____
                                                                              Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _26___ day of __October__, 20_22_.

                                                              ┌─────────────────────────────────┐
13   _Christy Ojeda_____                          │        CHRISTY OJEDA             │
           Notary Public or Clerk of Court                    │   Notary Public - California     │
                                                              │     San Francisco County         │
14                                                            │    Commission # 2275509          │
                                                              │  My Comm. Expires Jan 19, 2023   │
                                                              └─────────────────────────────────┘
15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate _____Jeffrey Silvestri_____,
19                                                                                (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____McDonald Carano LLP, 2300 West Sahara Avenue, Suite 1200_____,
                                        (street address)
24
     _____Las Vegas_____, _____Nevada_____, ___89102___,
25          (city)                    (state)         (zip code)

26   ___702-257-4521___, ___jsilvestri@mcdonaldcarano.com___.
        (area code + telephone number)        (Email address)
27

28                                            4                                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5          **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7      The undersigned party(ies) appoint(s) _____Jeffrey Silvestri_____ as
                                                    (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11

12  Fremichael Ghebreyesus, Plaintiff
    (type or print party name, title)

13  _____
    (party's signature)

14

15  Simret Zerai Yohannes, Plaintiff
    (type or print party name, title)

16

17              **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _____

20  Designated Resident Nevada Counsel's signature

21  5779                        jsilvestri@mcdonaldcarano.com
    Bar number                  Email address

22

23  APPROVED:

24

25  DATED this  26th day of October, 2022.

26

27  _____

28  RICHARD F. BOULWARE, II
    United States District Judge                    5                    Rev. 5/16

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October 2022, a copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL (NEIL A.F. POPOVIC)** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon and was also served via email and by depositing a copy in the U.S. Mail, postage prepaid, upon the parties and at the address listed below:

Samuel C. Moore
526 King Street, Suite 506
Alexandria, VA 22314
scmoore@scmoorelaw.com

Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
dd@demissiechurch.com

Alexandra H. Deal
PAIK BREWINGTON & DEAL LLP
6 Beacon Street, Suite 305
Boston, MA 02108
adeal@pdblaw.com

*Attorneys for Defendants the Federal Democratic Republic of Ethiopia; the Ministry of Foreign Affairs of Ethiopia; the City of Addis Ababa; the Sub-City of Bole, Addis Ababa; and the Federal First Instance Court of Ethiopia*

Russell A. Bikoff
1620 L Street, NW, Suite 610
Washington, DC 20036
rab@bikofflaw.com

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz LLP
P.O. Box 57333
Washington, DC 20037
jp@szymkowicz.com
john@szymkowicz.com

*Attorneys for Defendant Brook Bekele*

/s/  *CaraMia Gerard*
An Employee of McDonald Carano

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**INDEX OF EXHIBITS**

| Description | Exhibit No. | Bates No. |
|---|---|---|
| Certificate of Good Standing | 1 | 001 |

# EXHIBIT 1

## Certificate of Good Standing

# EXHIBIT 1



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

July 7, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NEIL A. FRIEDMAN POPOVIC, #132403 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1987 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

3

001