Jeff Silvestri (NSBN 5779)
Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Hwan Kim (D.C. Bar No. 463623)
(*Admitted Pro Hac Vice*)
Adam A. Bartolanzo (D.C. Bar No. 997621)
(*Admitted Pro Hac Vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1949
hkim@sheppardmullin.com
abartolanzo@sheppardmullin.com

Neil A.F. Popović (CA Bar No. 132403)
(*Admitted Pro Hac Vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-3156
npopovic@sheppardmullin.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB),<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA; THE MINISTRY OF FOREIGN AFFAIRS OF ETHIOPIA; THE CITY OF ADDIS ABABA; THE SUB-CITY OF BOLE, ADDIS | Case No.: 2:22-cv-01717-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR RENEWED MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST FOR SUBJECT DEADLINES)** |

ABABA; FEDERAL FIRST INSTANCE COURT OF ETHIOPIA; BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE),

Defendants.

Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendants Federal Democratic Republic of Ethiopia; the Ministry of Foreign Affairs of Ethiopia; the City of Addis Ababa; the Sub-City of Bole, Addis Ababa; Federal First Instance Court of Ethiopia (collectively, the "Ethiopian Government Defendants"); and Brook Bekele Beshah ("Bekele") (with the Ethiopian Government Defendants collectively, "Defendants"), by and through their undersigned counsel, stipulate and agree as follows:

1. On October 28, 2021, Plaintiffs filed their Complaint against Defendants in the United States District Court for the District of Columbia ("D.C. Court") [ECF No. 1].

2. On December 21, 2021, Bekele filed his Motion to Dismiss [ECF No. 15].

3. On April 6, 2022, the Ethiopian Government Defendants filed their Motion to Dismiss [ECF No. 29].

4. On September 28, 2022, the D.C. Court granted Bekele's Motion to Dismiss for lack of personal jurisdiction, denied the Ethiopian Government Defendants' Motion to Dismiss without prejudice, and ordered that the case be transferred to this Court [ECF No. 33].

5. On October 12, 2022, the case was transferred to this Court [ECF No. 35].

6. On November 29, 2022, counsel for the parties participated in a FRCP 26(f) conference and met and conferred regarding setting a briefing schedule for Defendants' renewed motions to dismiss.

7. The parties hereby stipulate and agree, subject to the Court's approval, to set the briefing schedule for Defendants' renewed motions to dismiss as follows:

    a. Defendants' renewed motions to dismiss will be due by January 6, 2023.

1       b.    Plaintiffs' oppositions to Defendants' renewed motions to dismiss will be due by January 27, 2023.

3       c.    Defendants' replies will be due by February 10, 2023.

IT IS SO STIPULATED.

DATED: December 9, 2022

McDONALD CARANO LLP

By: /s/ *Kiley A. Harrison*
Jeff Silvestri (NSBN 5779)
Kiley A. Harrison (NSBN 16092)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Hwan Kim (D.C. Bar No. 463623)
(*Admitted Pro Hac Vice*)
Adam A. Bartolanzo
(D.C. Bar No. 997621)
(*Admitted Pro Hac Vice*)
2099 Pennsylvania Ave, N.W., Ste. 100
Washington, DC 20006-6801
hkim@sheppardmullin.com
abartolanzo@sheppardmullin.com

SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Neil A.F. Popović (CA Bar No. 132403)
(*Admitted Pro Hac Vice*)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
npopovic@sheppardmullin.com

*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

DATED: December 9, 2022

BECKSTROM & BECKSTROM, LLP

By: /s/ *James A. Beckstrom*
James A. Beckstrom, II (NSBN 14032)
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

RUSSELL A. BIKOFF LAW FIRM
Russell A. Bikoff
(D.C. Bar No. 407397)
(*Admitted Pro Hac Vice*)
1620 L Street, N.W., Suite 610
Washington, DC 20036
rab@bikofflaw.com

SZYMKOWICZ & SZYMKOWICZ, LLP
John Paul Szymkowicz
(D.C. Bar No. 462146)
John T. Szymkowicz
(D.C. Bar No. 946079)
P.O. Box 57333
Washington, DC 20037-0333
jp@szymkowicz.com
john@symkowicz.com

*Attorneys for Defendant Brook Bekele Beshah*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of December, 2022.



DATED: December 9, 2022

DEMISSIE & CHURCH

By: /s/ *Derege Demissie*
Derege Demissie (MA Bar No. 637544)
(*Admitted Pro Hac Vice*)
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
dd@demissiechurch.com

CHESNOFF & SCHONFELD, PC
David Z. Chesnoff (NSBN 2292)
520 S. Fourth Street
Las Vegas, NV 89101
dzchesnoff@cslawoffice.net

PAIK, BREWINGTON & DEAL, LLP
Alexandra H. Deal
(MA Bar No. 660645)
6 Beacon Street, Suite 305
Boston, MA 02108
adeal@pbdlaw.com

LAW OFFICES OF SAMUEL C. MOORE, PLLC
Samuel C. Moore
(D.C. Bar No. 1015060)
526 King Street, Suite 506
Alexandria, VA 22314
scmoore@scmoorelaw.com

*Attorneys for Ethiopian Government Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____