1  **BECKSTROM & BECKSTROM, LLP**
   James A. Beckstrom, Esq.
2  Nevada Bar No. 14032
   400 South 4th Street, Suite 650
3  Las Vegas, Nevada 89101
   Telephone: (725) 300-0599
4  jb@beckstromlaw.com

5  **SZYMKOWICZ & SZYMKOWICZ, LLP**
   J.P. Szymkowicz (D.C. Bar No. 462146)
6  *Pro Hac Vice*
   John T. Szymkowicz (D.C. Bar No. 946079)
7  *Pro Hac Vice*
   P.O. Box 57333
8  Washington, DC 20037
   jp@szymkowicz.com
9  john@szymkowicz.com

10 **RUSSELL A. BIKOFF**
   Russell A. Bikoff (D.C. Bar No 407397)
11 *Admitted Pro Hac Vice*
   P.O. Box 615
12 McLean, VA 22101
   Alt: 2101 L Street, NW, Suite 300
13 Washington, DC 20037
   rab@bikofflaw.com
14
   *Attorneys for Defendant Brook Bekele Beshah*
15

16                       **UNITED STATED DISTRICT COURT**

17                              **DISTRICT OF NEVADA**

18 | FREMICHAEL GHEBREYESUS,                          | Case No.:   2:22-cv-01717-RFB-EJY |
   | individually and as Trustee of the Estate of     |
19 | Ghebreyesus Ghebrelul Fremichael; and            |
   | SIMRET ZERAI YOHANNES (A/K/A                     |
20 | SEMRET ZEREYOHANS KELEB,                         |
                                                      |   **STIPULATION AND ORDER TO**
21               Plaintiffs,                          |   **EXTEND DISPOSITIVE DEADLINE**

22       vs.

23 THE FEDERAL DEMOCRATIC REPUBLIC
   OF ETHIOPIA, THE MINISTRY OF
24 FOREIGN AFFAIRS OF ETHIOPIA, THE
   CITY OF ADDIS ABABA, et al.,
25
                 Defendants.
26

27 / / /

28 / / /

                              Page 1 of 4

# STIPULATION AND ORDER TO EXTEND DISPOSITIVE DEADLINE

Under Local Rules IA 6-1, 7-1, and 26-3, Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendant Brook Bekele Beshah ("Bekele"), stipulate, agree, and respectfully request that the Court extend the dispositive deadline in the Scheduling Order entered by this Court on November 20, 2024 [ECF. No. 112]. This is the Parties' sixth request to adjust the deadlines in this case, though each time only incremental adjustments were made for good cause. Specifically, the Parties are requesting a brief extension to the dispositive deadline to accommodate some scheduling conflicts that have arisen as a result of conflicting trials for the undersigned in unrelated cases. Specifically, counsel for Defendant Bekele has been in trial for approximately the last month, which has resulted in delays associated with preparing the necessary dispositive motion in this case. This was compounded by post-trial briefing that has been more extensive than previously forecasted. *This request only seeks to modify the dispositive deadline in this case.*

**I. Statement Specifying the Discovery Completed.**

1. Plaintiffs served their initial disclosures on May 25, 2023.

2. Bekele served his initial disclosures on May 25, 2023.

3. Plaintiffs served their First Set of Requests for Production of Documents on Bekele on June 15, 2023. Bekele served his responses on July 28, 2023.

4. Bekele served his first supplement to initial disclosures on July 28, 2023.

5. Bekele served his First Set of Interrogatories, First Set of Requests for Admissions, and First Set of Requests for Production of Documents on Plaintiffs on November 16, 2023. Plaintiffs served their responses on January 18, 2024.

6. Bekele served his second supplement to initial disclosures on December 13, 2023.

7. Bekele served his Second Set of Requests for Production of Documents on Plaintiffs on January 24, 2024. Plaintiffs served their responses on February 26, 2024.

8. Plaintiffs served their first supplement to initial disclosures on February 5, 2024.

9. Bekele served his third supplement to initial disclosures on February 7, 2024.

10. Bekele served his fourth supplement to initial disclosures on February 9, 2024.

11. Plaintiffs served their second supplement to initial disclosures on April 1, 2024.

12. Bekele served his fifth supplement to initial disclosures on April 5, 2024.

13. Plaintiffs served their third supplement to initial disclosures on May 14, 2024.

14. On May 15, 2024, Plaintiffs served their First Set of Interrogatories, First Set of Requests for Admissions, and Second Set of Requests for Production of Documents. Bekele responded on June 28, 2024.

15. Bekele took the deposition of plaintiff Fremichael Ghebreyesus on June 12, 2024.

16. Plaintiffs took the deposition of Bekele on June 13, 2024.

17. Bekele served his sixth supplement to initial disclosures on June 28, 2024.

18. Bekele served his seventh supplement to initial disclosures on July 12, 2024.

19. Bekele took the deposition of non-party Philip Gould on July 19, 2024.

20. Plaintiffs served their fourth supplement to initial disclosures on August 30, 2024.

21. Bekele served his eighth supplement to initial disclosures on September 13, 2024.

22. Bekele served his ninth supplement to initial disclosures on October 28, 2024.

23. Bekele and Plaintiffs served their respective expert disclosures (October 31, 2024) and rebuttal disclosures on December 20, 2024.

**II. A Specific Description of The Discovery That Remains To Be Completed.**

24. All discovery has been completed.

**IV. Proposed Extension of Dispositive Deadline.**

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motions | February 24, 2025 | **March 14, 2025** |
| Pre-Trial Order | March 24, 2025 | 30 days from the Court's entry of an order on dispositive motions, if any, or April 24, 2025, whichever is later. |

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated this 31st day of January 2025.

**BECKSTROM & BECKSTROM, LLP**

By: /s/  James A. Beckstrom
James A. Beckstrom, Esq.
Nevada State Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

RUSSELL A. BIKOFF LAW FIRM
Russell A. Bikoff (D.C. Bar No. 407397)
(*Admitted Pro Hac Vice*)
1620 L Street, N.W., Suite 610
Washington, DC 20037
rab@bikofflaw.com

SZYMKOWICZ & SZYMKOWICZ, LLP
J.P. Szymkowicz (D.C. Bar No. 462146)
John T. Szymkowicz (D.C. Bar No. 946079)
P.O. Box 57333
Washington, DC 20037-0333
jp@szymkowicz.com
john@symkowicz.com
*Attorneys for Defendant Brook Bekele Beshah*

Dated this 31st day of January 2025.

**MCDONALD CARANO, LLP**

By: /s/  Neil A. F. Popovic
Rory T. Kay, Esq. (NSBN 12416)
Karyna Armstrong (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Hwan Kim, Esq. (D.C. Bar No. 463623)
(*Admitted Pro Hac Vice*)
2099 Pennsylvania Ave, N.W., Ste. 100
Washington, DC 20006-6801
hkim@sheppardmullin.com

Neil A.F. Popović, Esq.(CA Bar No. 132403)
(*Admitted Pro Hac Vice*)
Joy O. Siu, Esq. (NSBN 15095)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
npopovic@sheppardmullin.com
jsiu@sheppardmullin.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2025