Rory T. Kay, Esq. (NSBN 12416)
Karyna Armstrong, Esq. (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Hwan Kim, Esq. (D.C. Bar No. 463623)
*(Admitted Pro Hac Vice)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: 202-747-1949
hkim@sheppardmullin.com

Neil A.F. Popović, Esq. (California Bar No. 132403)
*(Admitted Pro Hac Vice)*
Joy O. Siu, Esq. (NSBN 15095)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-774-3156
npopovic@sheppardmullin.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB),<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, THE MINISTRY OF FOREIGN AFFAIRS OF ETHIOPIA, THE CITY OF ADDIS ABABA, THE SUB-CITY OF BOLE, ADDIS ABABA, FEDERAL FIRST INSTANCE COURT OF ETHIOPIA, BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE),<br><br>Defendants. | Case No.: 2:22-cv-01717-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY**<br><br>**(FIRST REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendant Brook Bekele Beshah ("Bekele") hereby agree and stipulate to the following:

1. On February 14, 2025, Plaintiffs filed their Motion to Compel Discovery (ECF No. 117).

2. On February 24, 2025, Bekele filed his Response to Plaintiffs' Motion to Compel Discovery (ECF No. 122).

3. Plaintiffs' deadline to file their Reply in Support of the Motion to Compel Discovery is March 3, 2025.

4. Due to recent health issues with Plaintiffs' counsel, the parties stipulate and agree to extend Plaintiffs' reply deadline to March 10, 2025.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This is the first request to extend the deadline. This request for extension of time is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED: February 28, 2025

McDonald Carano LLP

By: */s/ Kiley A. Harrison*
    Rory T. Kay, Esq. (NSBN 12416)
    Karyna Armstrong (NSBN 16044)
    Kiley A. Harrison, Esq. (NSBN 16092)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rkay@mcdonaldcarano.com
    karmstrong@mcdonaldcarano.com
    kharrison@mcdonaldcarano.com

Sheppard Mullin Richter & Hampton LLP
Hwan Kim, Esq. (D.C. Bar No. 463623)
(*Admitted Pro Hac Vice*)
2099 Pennsylvania Ave, N.W., Ste. 100
Washington, DC 20006-6801
hkim@sheppardmullin.com

Neil A.F. Popović, Esq. (CA Bar No. 132403) (*Admitted Pro Hac Vice*)
Joy O. Siu, Esq. (NSBN 15095)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
npopovic@sheppardmullin.com
jsiu@sheppardmullin.com

*Attorneys for Plaintiffs*

DATED: February 28, 2025

Beckstrom & Beckstrom, LLP

By: */s/ James A. Beckstrom*
    James A. Beckstrom, Esq. (NSBN 14032)
    400 South 4th Street, Suite 650
    Las Vegas, Nevada 89101
    jb@beckstromlaw.com

Russell A. Bikoff Law Firm
Russell A. Bikoff (D.C. Bar No. 407397)
(*Admitted Pro Hac Vice*)
1620 L Street, N.W., Suite 610
Washington, DC 20037
rab@bikofflaw.com

Szymkowicz & Szymkowicz, LLP
J.P. Szymkowicz (D.C. Bar No. 462146)
John T. Szymkowicz (D.C. Bar No. 946079)
P.O. Box 57333
Washington, DC 20037-0333
jp@szymkowicz.com
john@symkowicz.com

*Attorneys for Defendant Brook Bekele Beshah*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2025