Rory T. Kay, Esq. (NSBN 12416)
Karyna Armstrong, Esq. (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Hwan Kim, Esq. (D.C. Bar No. 463623)
*(Admitted Pro Hac Vice)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: 202-747-1949
hkim@sheppardmullin.com

Neil A.F. Popović, Esq. (California Bar No. 132403)
*(Admitted Pro Hac Vice)*
Joy O. Siu, Esq. (NSBN 15095)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-774-3156
npopovic@sheppardmullin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB),<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, THE MINISTRY OF FOREIGN AFFAIRS OF ETHIOPIA, THE CITY OF ADDIS ABABA, THE SUB-CITY OF BOLE, ADDIS ABABA, FEDERAL FIRST INSTANCE COURT OF ETHIOPIA, BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE),<br><br>Defendants. | Case No.: 2:22-cv-01717-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT BROOK BEKELE BESHAH'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

--

4932-8402-5132.1

1      Under Local Rules IA 6-1, 7-1, and 26-3, Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendant Brook Bekele Beshah ("Bekele") hereby agree and stipulate to the following:

      1.    On March 12, 2025, Defendant Bekele filed his Motion for Summary Judgment (ECF No. 132).

      2.    Bekele's previous deadline to file his dispositive Motion for Summary Judgment was February 24, 2025. However, the parties stipulated, per Bekele's request, that the deadline be extended to March 14, 2025.

      3.    Plaintiffs' deadline to file their Opposition to Bekele's Motion for Summary Judgment is April 2, 2024.

      4.    Due to some internal staffing changes that have arisen as a result of conflicting obligations for the undersigned in unrelated cases, the parties stipulate and agree to extend Plaintiffs' opposition deadline to April 21, 2025.

      5.    Plaintiffs' counsel is in the process of integrating two new team members, which has necessitated additional time to ensure that they are thoroughly briefed on case developments and background information.

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1  This request for extension of time is not intended to cause any delay or prejudice to any party.

2  **IT IS SO STIPULATED.**

3  Dated this 21st day of March 2025.                     Dated this 21st day of March 2025.

**BECKSTROM & BECKSTROM, LLP**                      **MCDONALD CARANO LLP**

By: /s/ *James A. Beckstrom*                             **By:** /s/ *Kiley A. Harrison*
James A. Beckstrom, Esq.                                  Rory T. Kay, Esq. (NSBN 12416)
Nevada State Bar No. 14032                                Karyna Armstrong (NSBN 16044)
400 South 4th Street, Suite 650                           Kiley A. Harrison, Esq. (NSBN 16092)
Las Vegas, Nevada 89101                                   2300 West Sahara Avenue, Suite 1200
jb@beckstromlaw.com                                       Las Vegas, Nevada 89102
                                                          rkay@mcdonaldcarano.com
RUSSELL A. BIKOFF LAW FIRM                                karmstrong@mcdonaldcarano.com
Russell A. Bikoff (D.C. Bar No. 407397)                   kharrison@mcdonaldcarano.com
(*Admitted Pro Hac Vice*)
1620 L Street, N.W., Suite 610                            SHEPPARD MULLIN RICHTER
Washington, DC 20037                                      & HAMPTON LLP
rab@bikofflaw.com                                         Hwan Kim, Esq. (D.C. Bar No. 463623)
                                                          (*Admitted Pro Hac Vice*)
SZYMKOWICZ & SZYMKOWICZ, LLP                              2099 Pennsylvania Ave, N.W., Ste. 100
J.P. Szymkowicz (D.C. Bar No. 462146)                     Washington, DC 20006-6801
John T. Szymkowicz (D.C. Bar No. 946079)                  hkim@sheppardmullin.com
P.O. Box 57333
Washington, DC 20037-0333                                 Neil A.F. Popović, Esq.
                                                          (CA Bar No. 132403)
jp@szymkowicz.com                                         (*Admitted Pro Hac Vice*)
john@symkowicz.com                                        Joy O. Siu, Esq. (NSBN 15095)
*Attorneys for Defendant Brook Bekele*                    Four Embarcadero Center, 17th Floor
*Beshah*                                                  San Francisco, CA 94111
                                                          npopovic@sheppardmullin.com
                                                          jsiu@sheppardmullin.com
                                                          *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 22nd day of March 2025.

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, a copy of the foregoing **STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT BROOK BEKELE BESHAH'S MOTION FOR SUMMARY JUDGMENT** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon and was served via email and by depositing a copy in the U.S. Mail, postage prepaid, upon the parties and at the address listed below:

James A. Beckstrom, Esq.
Beckstrom & Beckstrom, LLP
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com
jt@beckstromlaw.com
sb@beckstromlaw.com

Russell A. Bikoff, Esq.
P.O. Box 615
McLean, VA 22101
rab@bikofflaw.com

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
P.O. Box 57333
Washington, DC 20037
jp@szymkowicz.com
john@szymkowicz.com

Russell A. Bikoff, Esq.
2021 L Street, N.W., Suite 300
Washington, DC 20037
rab@bikofflaw.com

/s/ Leah Jennings
An Employee of McDonald Carano LLP