**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq. (Nevada Bar No. 14032)
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**SZYMKOWICZ & SZYMKOWICZ, LLP**
J.P. Szymkowicz (D.C. Bar No. 462146)
John T. Szymkowicz (D.C. Bar No. 946079)
*Admitted Pro Hac Vice*
P.O. Box 57333
Washington, DC 20037
jp@szymkowicz.com
john@szymkowicz.com

**RUSSELL A. BIKOFF LAW FIRM**
Russell A. Bikoff (D.C. Bar No 407397)
*Admitted Pro Hac Vice*
PO Box 615
McLean, VA  22101
Alternate:
2101 L Street, N.W., Suite 300
Washington, DC 20037
rab@bikofflaw.com

*Attorneys for Defendant Brook Bekele Beshah*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB, <br><br>                        Plaintiffs, <br><br> vs. <br><br> THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, THE MINISTRY OF FOREIGN AFFAIRS OF ETHIOPIA, THE CITY OF ADDIS ABABA, et al., <br><br>                        Defendants. | Case No.:   2:22-cv-01717-RFB-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINE ON PLAINTIFFS' MOTION TO REOPEN DISCOVERY (ECF NO. 146)** |

# STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINE ON PLAINTIFFS' MOTION TO REOPEN DISCOVERY [ECF NO. 146]

Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendant Brook Bekele Beshah ("Defendant"), stipulate and agree to extend the current briefing schedule on Plaintiffs' Motion to Reopen Discovery entered on November 5, 2025 [ECF. No. 146] as follows:

1. On November 5, 2025, Plaintiffs filed a Motion to Reopen Discovery ("Motion") (ECF No. 146).

2. Defendant's Response to the Motion is currently due on November 19, 2025.

3. Counsel for Plaintiffs and Defendant have agreed to continue the briefing deadlines subject to approval of this Court, due to scheduling conflicts of counsel for Defendant in unrelated matters and preexisting travel plans that interfere with the current briefing schedule.

4. Specifically, Defendant seeks until December 3, 2025 to file a Response, with any Reply brief by Plaintiffs due on or before December 24, 2025.

5. The requested extension is for good cause and not intended to delay these proceedings.

**IT IS SO STIPULATED.**

Dated this 13th day of November 2025.

**BECKSTROM & BECKSTROM, LLP**

By: /s/ *James A. Beckstrom*
James A. Beckstrom, Esq.
Nevada State Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

/ / /

/ / /

Dated this 13th day of November 2025.

**SHEPPARD MULLIN**

By: /s/ *Neil A. Popovic*
Neil A. F. Popovic, Esq. (CA Bar #132403)
*(Admitted Pro Hac Vice)*
Joy O. Siu, Esq. (NSBN 15095)
Four Embarcadero Center, 17th Floor
San Francisco, CA. 94111
npopovic@sheppardmullin.com
jsiu@sheppardmullin.com

| | |
|---|---|
| **RUSSELL A. BIKOFF LAW FIRM**<br>Russell A. Bikoff (D.C. Bar No. 407397)<br>(*Admitted Pro Hac Vice*)<br>1620 L Street, N.W., Suite 610<br>Washington, DC 20037<br>rab@bikofflaw.com<br><br>**SZYMKOWICZ & SZYMKOWICZ, LLP**<br>J.P. Szymkowicz (D.C. Bar No. 462146)<br>John T. Szymkowicz (D.C. Bar No. 946079)<br>P.O. Box 57333<br>Washington, DC 20037-0333<br>jp@szymkowicz.com<br>john@symkowicz.com<br>*Attorneys for Defendant Brook Bekele Beshah* | Hwan Kim, Esq. (D.C. Bar No. 463623)<br>(*Admitted Pro Hac Vice*)<br>2099 Pennsylvania Ave, N.W., Suite 100<br>Washington, DC 20006-6801<br>hkim@sheppardmullin.com<br><br>**MCDONALD CARANO, LLP**<br>Rory T. Kay, Esq. (NSBN 12416)<br>Karyna Armstrong (NSBN 16044)<br>Kiley A. Harrison, Esq. (NSBN 16092) 2300<br>West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>karmstrong@mcdonaldcarano.com<br>kharrison@mcdonaldcarano.com<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2025