Rory T. Kay, Esq. (NSBN 12416)
Karyna Armstrong, Esq. (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Hwan Kim, Esq. (D.C. Bar No. 463623)
*(Admitted Pro Hac Vice)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: 202-747-1949
hkim@sheppard.com

Neil A.F. Popović, Esq. (California Bar No. 132403)
*(Admitted Pro Hac Vice)*
Joy O. Siu, Esq. (NSBN 15095)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-774-3156
npopovic@sheppard.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB), <br><br> Plaintiffs, <br><br> vs. <br><br> THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, THE MINISTRY OF FOREIGN AFFAIRS OF ETHIOPIA, THE CITY OF ADDIS ABABA, THE SUB-CITY OF BOLE, ADDIS ABABA, FEDERAL FIRST INSTANCE COURT OF ETHIOPIA, BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE), <br><br> Defendants. | Case No.:  2:22-cv-01717-RFB-EJY <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION** |

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1

Plaintiffs Fremichael Ghebreyesus, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael, and Simret Zerai Yohannes ("Plaintiffs") and Defendant Brook Bekele Beshah ("Bekele"), stipulate, agree, and respectfully request that the Court amend the case caption as set forth below.

**WHEREAS,** Plaintiffs previously named as defendants the following entities (collectively, the "Ethiopian Government Defendants"): The Federal Democratic Republic of Ethiopia; The Ministry of Foreign Affairs of Ethiopia; The City of Addis Ababa; The Sub-City of Bole, Addis Ababa; and the Federal First Instance Court of Ethiopia.

**WHEREAS,** the Ethiopian Government Defendants were dismissed from this case on September 30, 2023 (ECF No. 94) and are no longer active parties;

**WHEREAS,** the Court has authorized Plaintiffs to pursue third-party discovery abroad, including in Ethiopia, Belize, and Singapore, through the use of applicable international processes such as letters rogatory and/or letters of request (ECF No. 158).

**WHEREAS**, local counsel in Ethiopia, Belize, and Singapore have advised that retention of dismissed parties in the case caption could impede or delay the processing of letters rogatory and letters of request by local authorities, and have, therefore, advised that the Ethiopian Government Defendants be removed from the caption to streamline the discovery process;

**WHEREAS,** the parties agree that amending the caption to remove dismissed parties will promote efficiency and avoid potential confusion in connection with international third-party discovery;

**NOW, THEREFORE,** the Parties, through their respective counsel, hereby jointly stipulate as follows:

1.      That the case caption be amended to remove the Ethiopian Government Defendants, which were dismissed from the case on September 30, 2023, and list only the remaining active parties.

2.      That the amended caption read as follows:

FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES

2

4917-5293-6117.1

(A/K/A SEMRET ZEREYOHANS KELEB), Plaintiffs,

v.

BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE), Defendant.

3.    This stipulation is made without waiver of any claims, defenses, or rights of any Party.

**IT IS SO STIPULATED.**

DATED: June 15, 2026

McDONALD CARANO LLP

By:    /s/  Kiley A. Harrison
    Rory T. Kay, Esq. (NSBN 12416)
    Karyna Armstrong (NSBN 16044)
    Kiley A. Harrison, Esq. (NSBN 16092)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rkay@mcdonaldcarano.com
    karmstrong@mcdonaldcarano.com
    kharrison@mcdonaldcarano.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Hwan Kim, Esq. (D.C. Bar No. 463623)
(*Admitted Pro Hac Vice*)
2099 Pennsylvania Ave, N.W., Ste. 100
Washington, DC 20006-6801
hkim@sheppardmullin.com

Neil A.F. Popović, Esq. (CA Bar No. 132403) (*Admitted Pro Hac Vice*)
Joy O. Siu, Esq. (NSBN 15095)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
npopovic@sheppardmullin.com
jsiu@sheppardmullin.com

*Attorneys for Plaintiffs*

DATED: June 15, 2026

BECKSTROM & BECKSTROM, LLP

By:    /s/  James A. Beckstrom
    James A. Beckstrom, Esq. (NSBN 14032)
    400 South 4th Street, Suite 650
    Las Vegas, Nevada 89101
    jb@beckstromlaw.com

RUSSELL A. BIKOFF LAW FIRM
Russell A. Bikoff (D.C. Bar No. 407397)
(*Admitted Pro Hac Vice*)
1620 L Street, N.W., Suite 610
Washington, DC 20037
rab@bikofflaw.com

SZYMKOWICZ & SZYMKOWICZ, LLP
J.P. Szymkowicz (D.C. Bar No. 462146)
John T. Szymkowicz (D.C. Bar No. 946079)
P.O. Box 57333
Washington, DC 20037-0333
jp@szymkowicz.com
john@symkowicz.com

*Attorneys for Defendant Brook Bekele Beshah*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    June 16, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

3

4917-5293-6117.1