UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FREMICHAEL GHEBREYESUS, individually and as Trustee of the Estate of Ghebreyesus Ghebrelul Fremichael; and SIMRET ZERAI YOHANNES (A/K/A SEMRET ZEREYOHANS KELEB),

Plaintiff,

v.

BROOK BEKELE BESHAH (A/K/A BIRUK BEKELE BESHAH; A/K/A BIRUK BEKELE; A/K/A BROOK BEKELE),

Defendant.

Case No. 2:22-cv-01717-RFB-EJY

**ORDER**

On April 16, 2026, the Court reopened discovery for the limited purpose of allowing Plaintiff to issue Letters Rogatory and a Letter of Request to financial institutions located in Ethiopia, Belize, and Singapore, respectively. ECF No. 158. Pending before the Court at this time is the Motion for Issuance of Letters Rogatory and Letter of Request for International Judicial Assistance to Obtain Evidence (ECF No. 161, and under seal at ECF No. 163). In response, Defendant filed a Notice of Non-Opposition to the Motion. ECF No. 168.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Issuance of Letters Rogatory and Letter of Request for International Judicial Assistance to Obtain Evidence (ECF No. 161, and under seal at ECF No. 163) is GRANTED.

IT IS FURTHER ORDERED that the Clerk's Office must issue the Letter of Request and Letters Rogatory docketed as Exhibits to ECF No. 163. Plaintiff's Counsel must work with the Clerk's Office, if and when contacted, to ensure their submissions are adequate for issuance.

Dated this 24th day of June 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1